UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MEDINA, LUIS MIGUEL § Case No. 18-12049
§
§
§
§
Debtor(s)

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/25/2018. The undersigned trustee was appointed on 04/25/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $    215,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 151,206.82 |
| Administrative expenses | 21,622.07 |
| Bank service fees | 11.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 27,159.95 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/17/2018 and the deadline for filing governmental claims was 10/22/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,250.00, for a total compensation of $13,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.70 for total expenses of $7.70[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2019               By: /s/ Richard M. Fogel
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case No.: | 18-12049 |
| Case Name: | MEDINA, LUIS MIGUEL |
| For Period Ending: | 02/28/2019 |

| | |
|---|---|
| Trustee Name: | (330720) Richard M. Fogel |
| Date Filed (f) or Converted (c): | 04/25/2018 (f) |
| § 341(a) Meeting Date: | 06/12/2018 |
| Claims Bar Date: | 09/17/2018 |

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>Single family home: 5401 S. 72nd Ct., Summit, IL 60501- Trustee authorized to sell for $215,000 per o/c 9-25-18 | 199,900.00 | 37,171.11 | | 215,000.00 | FA |
| 2 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2003 Dodge Durango (approx. 100000 miles): INCONSEQUENTIAL VALUE | 3,000.00 | 600.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Living room set, dining room set, and television stand: EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>Televisions, cell phone, and radio: EXEMPT | 300.00 | 0.00 | | 0.00 | FA |
| 5 | EQUIPMENT FOR SPORTS AND HOBBIES<br>One bicycle: EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES<br>Normal clothing: EXEMPT | 150.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELERY<br>One gold chain: EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 8 | DEPOSITS OF MONEY<br>Checking account at Chase Bank: EXEMPT | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Assets Totals (Excluding unknown values) | $206,950.00 | $37,771.11 | | $215,000.00 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR): 06/30/2019    Current Projected Date Of Final Report (TFR): 06/30/2019

02/28/2019                                                  /s/Richard M. Fogel
Date                                                        Richard M. Fogel

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 18-12049 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | MEDINA, LUIS MIGUEL | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0008 | | Account #: | ******8100 Checking |
| For Period Ending: | 02/28/2019 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/15/18 | {1} | Chicago Title and Trust Company | Net proceeds of sale of property | | 27,171.11 | | 27,171.11 |
| | | Rodolfo and Maria Gualalupe-Santoyo | Purchase of real property per o/c 9-25-18 | 1110-000 | $215,000.00 | | 27,171.11 |
| | | Santoyo | Credit for accrued real estate taxes | 2500-000 | -$5,756.21 | | 27,171.11 |
| | | Santoyo | Credit for rent | 2500-000 | -$387.10 | | 27,171.11 |
| | | Chicago Title | Title insurance and fees | 2500-000 | -$1,428.00 | | 27,171.11 |
| | | Chicago Title | State and county transfer taxes | 2500-000 | -$322.50 | | 27,171.11 |
| | | JP Morgan Chase Bank | Payoff of first mortgage | 4110-000 | -$151,206.82 | | 27,171.11 |
| | | First United Realtors and Classic Realty Group | Brokers' commissions | 3510-000 | -$12,900.00 | | 27,171.11 |
| | | First United Realtors | Reimbursement for village inspection fee and final water bill | 3520-000 | -$403.26 | | 27,171.11 |
| | | Exacta Illinois Surveyors | Surveyor fee | 3991-620 | -$425.00 | | 27,171.11 |
| | | Luis Miguel Medina | Homestead exemption | 8500-002 | -$15,000.00 | | 27,171.11 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.16 | 27,159.95 |

| | Page Subtotals: | $27,171.11 | $11.16 | |

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 18-12049 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MEDINA, LUIS MIGUEL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0008 | Account #: | ******8100 Checking |
| For Period Ending: | 02/28/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | COLUMN TOTALS | | 27,171.11 | 11.16 | $27,159.95 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 27,171.11 | 11.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $27,171.11 | $11.16 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 18-12049 |
| Case Name: | MEDINA, LUIS MIGUEL |
| Taxpayer ID #: | **-***0008 |
| For Period Ending: | 02/28/2019 |

| | |
|---|---|
| Trustee Name: | Richard M. Fogel (330720) |
| Bank Name: | Rabobank, N.A. |
| Account #: | *****8100 Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $27,171.11 |
| Plus Gross Adjustments: | $187,828.89 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $15,000.00 |
| Net Estate: | $200,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8100 Checking | $27,171.11 | $11.16 | $27,159.95 |
| | $27,171.11 | $11.16 | $27,159.95 |

Page: 1

## Exhibit C

Exhibit C

Case: 18-12049   LUIS MIGUEL MEDINA

Claims Bar Date: 09/17/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/23/18 | | $13,250.00<br>$13,250.00 | $0.00 | $13,250.00 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>02/05/19 | | $7.70<br>$7.70 | $0.00 | $7.70 |
| | Fox Rothschild LLP<br>Attn: Accounts Receivable- 80<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>02/05/19 | | $7,169.00<br>$7,169.00 | $0.00 | $7,169.00 |
| | Fox Rothschild LLP<br>Attn: Accounts Receivable- 80<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>02/05/19 | | $219.16<br>$219.16 | $0.00 | $219.16 |
| | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>12/10/18 | | $927.50<br>$927.50 | $0.00 | $927.50 |
| 1 | Bank of America, N.A.<br>PO Box 15312<br>Wilmington, DE 19850-5312<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/21/18 | | $24,289.55<br>$24,289.55 | $0.00 | $24,289.55 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

## Exhibit C

Exhibit C

Case: 18-12049      LUIS MIGUEL MEDINA

Claims Bar Date: 09/17/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/07/18 | | $3,205.98<br>$3,205.98 | $0.00 | $3,205.98 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/07/18 | | $4,020.71<br>$4,020.71 | $0.00 | $4,020.71 |
| | | | Case Total: | | $0.00 | $53,089.60 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-12049
Case Name: LUIS MIGUEL MEDINA
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 27,159.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,159.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 13,250.00 | 0.00 | 13,250.00 |
| Trustee, Expenses - Richard M. Fogel | 7.70 | 0.00 | 7.70 |
| Attorney for Trustee Fees - Fox Rothschild LLP | 7,169.00 | 0.00 | 7,169.00 |
| Attorney for Trustee, Expenses - Fox Rothschild LLP | 219.16 | 0.00 | 219.16 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 927.50 | 0.00 | 927.50 |

Total to be paid for chapter 7 administrative expenses: $ 21,573.36
Remaining balance: $ 5,586.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,586.59

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,586.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,516.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America, N.A. | 24,289.55 | 0.00 | 4,305.59 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 3,205.98 | 0.00 | 568.29 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 4,020.71 | 0.00 | 712.71 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,586.59 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)